**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**Long Island Federal Courthouse**
**814 Federal Plaza**
**Central Islip, NY 11722-4451**
**(631) 712-5730**

BEFORE:    ARLENE R. LINDSAY       DATE: April 18, 2007
            **United States Magistrate Judge**

                                                   TIME: 11:00 a.m.

DOCKET NO:

05-cv-04825-JS-ARL

CASE:

Wilson v. County of Nassau

____   INITIAL CONFERENCE

____   STATUS CONFERENCE          BY TELEPHONE <u>XX</u>

____   SETTLEMENT CONFERENCE

<u>XX</u>  FINAL CONFERENCE

____   ORDER

      APPEARANCES:        FOR PLAINTIFF:       FOR DEFENDANT:

                          No Appearance        Liora Ben-Sorek

**The following rulings were made:**

When the parties last appeared before the undersigned on March 1, 2007, the final pretrial teleconference was scheduled for today at 11:00 a.m. The court entered a scheduling order at the March 1, 2007 conference, and a copy of that order was given to the plaintiff, Mr. Wilson, at that time. The scheduling order made clear that the final telephone conference was scheduled for April 18, 2007 at 11:00 a.m. and further provided that the "attorney for the defendant is directed to initiate the conference call to (631)712-5730."

Defense counsel called the court several times today between 10:55 a.m. and 11:35 a.m. Each time, counsel reported that her efforts to contact Mr. Wilson at the telephone number he had provided for this purpose have been unsuccessful. The court also tried to call Mr. Wilson and was similarly unsuccessful. Defense counsel reported that she confirmed this morning's conference call with Mr. Wilson at his March 28th deposition. The court did not receive any call from Mr. Wilson either, notwithstanding the fact that the court's telephone number was provided in the March 1, 2007 order.

The final teleconference is rescheduled for <u>May 1, 2007 at 11:00 a.m.</u> Mr. Wilson is warned that his failure to participate in this teleconference may lead to a recommendation that his case be dismissed.

SO ORDERED:

_____/s/_____